# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Harold Jean-Baptiste**
**253-37 148 Drive**
**Rosedale NY 11422**

**Plaintiff**

**V.**
**PUBLIX SUPER MARKETS, INC.**
**3300 PUBLIX CORPORATE PKWY**
**LAKELAND, FL 33811-3311**

  **Registered Agent:**
    **Corporate Creations Network, Inc.**
    **801 US Highway 1**
    **North Palm Beach, FL 33408**

**Defendant**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FILED BY _____ D.C.

AUG 1 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

1

## COMPLAINT FOR VIOLATION

42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 42 U.S. CODE § 1986, 21 U.S. CODE § 342(a), 21 U.S. CODE § 343, 21 U.S. CODE § 350g, 21 U.S. CODE §346, LACK CARE OF DUTY, NINTH AMENDMENT, NIGLEGENCE, CRUEL AND HUMAN RIGHTS VIOLATIONS.

## NATURE OF ACTION

The plaintiff brings this action under 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 42 U.S. CODE § 1986, 21 U.S. CODE § 342(a), 21 U.S. CODE § 343, 21 U.S. CODE § 350g, 21 U.S. CODE § 346, LACK CARE OF DUTY, NINTH AMENDMENT, NIGLEGENCE, NIGLEGENCE, CRUEL AND HUMAN RIGHTS VIOLATIONS. The plaintiff brings this action individually and on behalf of himself on Publix Super Market, under ownership of Publix Super Market, Inc who discriminate against him violation of Constitutional Rights, Civil Rights, Federal Laws, Cruel and Human Rights violation and inhuman treatment. Plaintiff suffered discrimination to hurt the plaintiff's life since June 30, 2023 singled out for adverse treatment by Publix Super Market, Inc.

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court in that the U.S District Courts have original jurisdiction under 28 U.S.C. § 1331, 1343, 1349, 1357 and 1366, because headquarters of the defendant are in the district, arise under the laws of the United States and are brought to recover damages for deprivation of Civil Rights, Constitutional Rights, and violation Federal

2

Laws.

2. Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)-(c), that the defendant's headquarters, or office is located in this district, the personnel records relevant to this case are in this district and the personnel practices challenges herein were directed or supervised by defendants in this district.

3. Plaintiff have exhausted their administrative remedies prior to bringing this suit against Publix Super Market, Inc sent formal letter to resolve the matter, no response from the defendant. As a result of the plaintiff water being tampering and toxic substance place on the food at the establishment of Publix Super Market, Inc to hurt the plaintiff's life. The reason for his experience at Publix Super Market, Inc is because of case 23-CV-22531 in the Southern District of Florida. This lawsuit is for allegations against the Publix Super Market having tempering/poising water an attempt to hurt the plaintiff's life. Publix Super Market, Inc conspire with an FBI Special Agent to place tampered/toxic water bottles that injured the plaintiff and cause the plaintiff to rush to the emergency room. Publix Super Market, Inc had food bearing or containing poisonous food or deleterious substance which may render it injurious to health violate the plaintiff's Civil Rights, Federal Food Safety Laws and Constitutional Rights.

4. Defendant Publix Super Market, Inc is sued herein in his official capacity.

5. Plaintiff Harold Jean-Baptiste, a Haitian American Black Male, is a resident of the state of New York. The plaintiff was targeted unfairly treated by Publix Super Market, Inc which violated the plaintiff's Civil Rights, Human Rights Violations, Federal Laws, and Constitutional Rights

3

June 30, 2023.

## FACTUAL BACKGROUND ON HARRASMENT, VIOLATIONS OF FEDERAL LAWS AND DISCRIMINATION

6. **June 30, 2023**

Plaintiff went to Miami University Hospital at 1400 NW 12th Ave, Miami, FL 33136 for un-explain 49 points spike in plaintiff's blood pressure after drinking water only, heart rate slowly steadily increasing, and started to sweat and feel chest pain after only drinking only 1 of two 1.5 Smatwater bottle purchase at Publix Supermarket at 4870 Biscayne Blvd, Miami FL 33137 receipt #0714 6VN 057 833 06/30/2023 7:51pm (Exhibit #2), and at Publix Supermarket have camera video of the purchase), the plaintiff went to the hospital at Miami University Hospital for emergency treatment. The plaintiff's blood pressure is normally 120/70 with all his doctor visits on record and after purchasing water at Publix Supermarket the plaintiff's heart rate increased fast to 169/101. The plaintiff was admitted to the hospital and FBI Special Agent were there at the hospital and advised the Nurses and Doctors to not informed the plaintiff of the toxic substance in his system. The plaintiff was at Publix Supermarket earlier that day on 6/30/23 at 2:57 and purchase two 1-liter Smartwater bottle at Publix Supermarket at 4870 Biscayne Blvd, Miami FL 33137 receipt #0714 6VN 057 833 and drank both 1-liter Smartwater bottle and had no issues. The plaintiff when back to Publix Supermarket at 4870 Biscayne Blvd, Miami FL 33137 5 hours later and purchase the last two 1.5 Smartwater bottle on the shelf at Publix Supermarket at 4870 Biscayne Blvd, Miami FL 33137 receipt #0714 6VN 057 833 06/30/2023 7:51pm. The fact FBI Agents was at Miami University Hospital implies complicity with the allegations and

4

the plaintiff can identify the FBI Special Agent at the hospital, which shows more complicity. Why would the FBI Agents target the plaintiff at a hospital, this was a highly illegal operation to hurt the plaintiff's life. The FBI Special Agent team who the plaintiff can identify, surveillance the plaintiff purchasing habits at the supermarket and when the plaintiff when back to Publix Supermarket the FBI Special Agent tampered and place the last two 1.5 Smartwater Bottle in the Public Supermarket on the shelf hoping the plaintiff would purchase them, the plaintiff did. Publix Supermarket Manager working that day was Kevin, Shawn and Oscar can identify the FBI Special Agent and Publix has video of the FBI Special Agent. Publix gladly participate with the FBI Special Agent to place tampered water bottle for sale, the rational was the plaintiff would never know this attempt to hurt the plaintiff's life was done by an FBI Special Agent, but *God don't like ugly, Evil is real and so is Karma* hence why this plot was expose.

At Miami University Hospital the Plaintiff's Doctor Dylan Randall Martin and Nurses were instructed by the FBI Special Agent in Charge to not inform the plaintiff of the toxic substance. Treatment was provided but the Dr. Dylan Randall Martin and nurse refused to inform the plaintiff what the treatment was, despite patience rights, and the Nurses were very uncomfortable with plaintiff during the process of treatment. The plaintiff showed the doctor and nurse the past lawsuit of against the FBI and all the staff in the hospital was aware of the FBI Special Agent in the hospital and some Nurses and administration staff told the plaintiff, *"you are doing the right thing can't say more"*, and never refuted a toxic substance was in the plaintiff's system. The plaintiff left the hospital after treatment with a blood pressure of 106/76. *Outside of something malice why would FBI*

5

*Agents need to be at a hospital and target the plaintiff, no crime was committed in a hospital emergency room*, the plaintiff has a past lawsuit in U.S. District Court Southern District of Florida for very profoundly serious allegations against the defendant, Case #: 22-22376-CIV which they are in default for the similar issue.  The plaintiff also has a sample of his urine before the plaintiff went to the hospital which will be tested for what toxic substance that cause the heart rate and blood pressure to egregiously increase as proof to the Court.   Plus, a sample of actual toxic substance in the 1.5 Smartwater bottle.  The plaintiff is alleging Publix gladly conspire to let the FBI Special Agent to place tampered/toxic water bottles an attempt to hurt the plaintiff's life.   The entire building of Publix Super Market and Miami University Hospital Emergency room has video of the FBI Special Agent in Charge identity.  All the Doctors, Administration Staff and Nurses at Miami University can corroborate the plaintiff's allegations under oath and video also exist at Miami University Hospital as proof to the U.S District Court for these profoundly serious allegations. These highly malevolent actions were executed under National Security to cover these illegal actions by this psychopath FBI Special Agent and Publix gladly conspire to place tampered/toxic water bottles for sale to the plaintiff.  The plaintiff filed a Civil Rights complaint which was submitted to DOJ on 7/2/23 for these allegations and record number was provided: #313303-NWH and stated to DOJ he would like to press charges.  A "Color of Law" complaint was also filed with DOJ.

7. **July 2, 2023**
    1. The plaintiff sent Miami University Hospital in Miami to preserve all records, video, text, email, and plaintiff's blood sample via certified mail.
    2. The plaintiff sent Publix Supermarket in Miami to preserve all

6

records, video, text and email via certified mail.

8. **July 2, 2023**

    1. The plaintiff went to Publix Super Market and filed a complaint for the toxic substance in the in 1.5 Smartwater Bottle with Manager Jeff Lally and he filed a complaint with Publix Supermarket Quality Assurance Case Number #259622. Jeff Lally stated Publix would investigate this matter and plaintiff gave Jeff Lally the 1.5 Smartwater bottle with the toxic substance. See Exhibit #2

Exhibit #2



Toxic substance at Publix and Manager Jeff Lally taking the complaint on July 2, 2023.

The plaintiff informed DOJ he would like to press charges submitted the request on 7/2/2023 at 10:49am complaint # 313303-NWH. The plaintiff filed a 'Color Law' complaint certified mail to:

Assistant Attorney General, Civil Rights Division,
Criminal Section
950 Pennsylvania Avenue, Northwest
Washington, DC 20530
**Certified mail tracking #9505 5161 5618 3186 6762 94

U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530
**Certified mail tracking #9505 5161 5618 3186 6763 17

U.S. Department of Justice, Office of the Inspector General
Investigations Division
ATTN: Civil Rights & Civil Liberties Complaints
950 Pennsylvania Ave., NW
Washington, DC 20530
**Certified mail tracking #E1268671336US

Exhibit #2



Camera can Identify the FBI Special Agent

Where the only 1.5 in the Publix Supermarket water was place with the tampered toxic Substance.

10. All these examples monovalent, cruel actions that are 100% factual to harm the plaintiff's life, most importantly the University of Miami at 1400

8

NW 12th Ave, Miami, FL 33136 has video of this FBI Special Agents. The witnesses and FOIA will add additional substance for the all the relating allegations by the FBI.  The plaintiff would like a jury trial and the opportunity to prove all allegations to the U.S District Court.

## THE UNLAWFUL PRACTICES

The Publix Super Market unfairly target the plaintiff base on his race, color, national origin, or malicious intentions. The Publix Super Market discriminated against the plaintiff direct violation of 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 42 U.S. CODE § 1986, 21 U.S. CODE § 342(a), 21 U.S. CODE § 343, 21 U.S. CODE § 350g, 21 U.S. CODE § 346, LACK CARE OF DUTY, NINTH AMENDMENT, NIGLEGENCE, CRUEL AND HUMAN RIGHTS VIOLATIONS.  Publix Super Market violate the plaintiff's Civil Rights, and hurt the plaintiff's life just for pure hatred, national origin, race, color or racist intent. This lawsuit is filed to prevent this experience from happening to someone else in the future.

## THE PLAINTIFF BACKGROUND

11. Plaintiff Harold Jean-Baptiste graduated cum laude from Long Island University with bachelor's in Information System and magna cum laude from Long Island University with an MBA in Finance and University of Baltimore Law Student.

## VIOLATION OF LAWS

12. Publix Super Market subjected the plaintiff to cruel and violation of Human Rights to be free and have equal in dignity and rights. Also no one

9

shall be subjected to cruel, inhuman, oppressive or degrading treatment, direct violation of 42 U.S. Code.1981, 42 U.S. Code.1983, 42 U.S. Code § 1985(3), Human Rights and Ninth Amendment.

13. Publix Super Market were negligent, lack of Care of Duty to oppress the plaintiff.

14. Publix Super Market willfully bears or contain poisonous food or deleterious substance which may render it injurious to health, direct 21 U.S. CODE § 342(a).

15. Publix Super Market willfully false or misleading label of food that would poisonous or deleterious substances on a consumer, direct violation Federal Food Safety Law, 21 U.S. CODE § 343.

16. Publix Super Market willfully tolerances for poisonous or deleterious substances in food in their establishment in which the consumer may be affected, direct violation Federal Food Safety Law, 21 U.S. CODE § 346.

17. Publix Super Market owner, operator, or agent in charge of a facility did not evaluate the hazards that could affect food manufactured, processed, packed, or held by such facility, identify and implement preventive controls to significantly minimize or prevent the occurrence of such hazards and provide assurances, direct violation of 21 U.S. CODE § 350g.

18. Publix Super Market neglect to prevent illegal activity or deprivation rights, privileges, or protected by Federal Laws of the United States, direct violation of 42 U.S. Code § 1986.

10

19. Plaintiff have experienced severe and pervasive unfair treatment base race, color, national origin, harassment, and retaliation beyond that which a reasonable person would tolerate. WHEREFORE, Plaintiff politely request that the U.S District Court to execute a full fact-finding review, since June 30, 2023 of adverse actions on the plaintiff, subjected to race, national origin, color discrimination and suffered severe emotional distress from Publix Super Market and Human Rights violation. A Publix Super Market are strictly liable for the actions against the plaintiff by violating Civil Rights, Constitutional Laws and Federal Food Safety Statutes.

**PRAYER FOR RELIEF**

Plaintiff request relief as follows:

   a. Issue a Declaratory Judgment against Publix Super Market practices that violated 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 42 U.S. CODE § 1986, 21 U.S. CODE § 342(a), 21 U.S. CODE § 343, 21 U.S. CODE § 350g, 21 U.S. CODE § 346, LACK CARE OF DUTY, NINTH AMENDMENT, NIGLEGENCE, CRUEL AND HUMAN RIGHTS VIOLATIONS.

   b. Award punitive damages $25,000,000 for discrimination and malevolent actions could of taking the life of plaintiff from his family and children according to proof disclose to the court. The plaintiff stating to the court life is priceless, living to help his 73-year-old mother is priceless, and raising children is priceless, therefore all the fortune of the world is not worth the plaintiff's life.

   c. Award damages for emotional distress for the plaintiff based on the

11

fact the plaintiff was subjected to cruel behavior by Publix Super Market.

d. Award any Attorneys' fees according to proof.

e. Provide such other relief as may be deemed just and Prop.

Respectfully Submitted

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY. 11422

hbaptiste@influctec.com
786-657-8158 Cell

$9.00   3541830222-25

## PRIORITY MAIL®

0 Lb 14.10 Oz

**RDC 01**

ECTED DELIVERY DAY:  08/18/23

C075

400 NORTH MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING® #**



9505 5128 7537 3227 4982 79

CKED ■ INSURED



00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

## PRIORITY® MAIL

e.

estrictions apply).*

d many international destinations.

form is required.

aims exclusions see the

bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**

HAROLD Jean-Baptiste
253-37 148 Dr iv.
Rosedale NY 11422

**TO:**

U.S District court
Clerk's office
400 N miami Ave
miami FL 33128

This packaging is the property of the U.S. Postal Service®